UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KEVIN GUILLORY ET AL.** | **CASE NO.  2:18-CV-01451** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons provided in the Memorandum Ruling entered this day, **IT IS ORDERED, ADJUDGED,** and **DECREED** that judgment be entered in favor of the plaintiffs and against the government. Accordingly, damages are owed by the government in the following amounts:

- $1,117.59 in special damages
- $90,000 in general damages to plaintiff J.G.
- $5,000 for loss of consortium to Kevin Guillory
- $5,000 for loss of consortium to Janene Guillory

The government will also bear all costs of this action.

**THUS DONE AND SIGNED** in Chambers on this 11th day of June, 2020.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE